ACCEPTED
12-15-00260-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/17/2015 9:54:37 AM
Pam Estes
CLERK

NO. 12-15-00260-CR

ON APPEAL FROM THE 217TH JUDICIAL DISTRICT COURT
ANGELINA COUNTY, TEXAS
CAUSE NO. 2015-0168

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/17/2015 9:54:37 AM
PAM ESTES
Clerk

| | | |
|---|---|---|
| GERMAN RENOVATO VALDEZ | § | 12TH COURT OF APPEALS |
| | § | OF |
| vs. | § | |
| STATE OF TEXAS | § | TYLER, TEXAS |

## MOTION TO DISMISS APPEAL

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes, German Renovato Valdez, Appellant in the above styled and numbered case, before the decision in this Court has been delivered, and respectfully moves this Court to withdraw appellant's notice of appeal and dismiss this appeal, pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure.

Respectfully submitted,

German Valdez                    John D. Reeves
German Renovato Valdez           John D. Reeves
                                 1007 Grant Avenu
                                 Lufkin, Texas 75902
                                 Tel: (936) 632-1609
                                 Fax: (936) 632-1640
                                 State Bar No. 16723000

## CERTIFICATE OF SERVICE

This is to certify that on November 13, 2015 a true and correct copy of the foregoing document was served on the District Attorney's Office, Angelina County, 215 East Lufkin Avenue, Lufkin, TX 75901, by eServe.

John D. Reeves

**STATE OF TEXAS** §
§
§
**COUNTY OF ANGELINA** §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared John D. Reeves, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion to Dismiss Appeal and swear that all of the allegations of fact contained therein are true and correct and consented by my client, German Renovato Valdez."



_____
John D. Reeves

**SUBSCRIBED AND SWORN TO BEFORE ME** on ~~October 23~~ November 13, 2015, to certify which witness my hand and seal of office.

_Jennifer S. Norton_
_____
Notary Public, State of Texas

Jennifer S. Norton
Notary Public
STATE OF TEXAS
My Commission Expires 08/10/16